```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EASTERN SAVINGS BANK, FSB,

      Petitioner,

 -against-

UNITED STATES OF AMERICA,

      Respondent.
------------------------------------------------------------x

**STIPULATION AND ORDER**

08 Civ. 5658 (BSJ)

  WHEREAS, on or about June 20, 2008, Eastern Savings Bank, fsb (the "Petitioner") attempted to file a Verified Petition (the "Petition"), pursuant to 21 U.S.C. § 853 (n), as a third party petitioner with an interest in the real property that is listed in the Preliminary Order of Forfeiture docketed in the criminal action United States v. James Russo, et al, S1 05 Cr. 1326 (SCR); and

  WHEREAS, the Clerk of the Court refused to accept the petition for filing in the criminal action and directed the petitioner to file this civil action; and

  WHEREAS the Clerk of the Court's failure to allow the Petitioner to file the third party petition, in the criminal action, was an error and consequently, the Petitioner was forced to incur a filing fee of THREE HUNDRED FIFTY AND 00/100 DOLLARS ($350.00) to initiate this civil action; and

  WHEREAS, on or about June 30, 2008, the third party petition was correctly accepted by the Clerk of the Court and filed in the aforementioned criminal action, appearing on the criminal docket as document #107; and

  **THEREFORE IT IS HEREBY STIPULATED AND AGREED**, by counsel and all parties herein, that this action be voluntarily dismissed without prejudice or further cost to either party; and

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation and Order may be executed in multiple counterparts each of which shall be an original and all of which shall constitute but one and the same instrument. The parties acknowledge and agree that this Stipulation and Order may be executed via fax and the faxed copy of the Stipulation and Order shall constitute a valid, original and binding agreement; and

**IT IS FURTHER ORDERED**, that the Clerk of the Court, for the Southern District of New York, refund the filing fee incurred by the Petitioner, in the amount of THREE HUNDRED FIFTY AND 00/100 DOLLARS ($350.00), by causing a check to be issued and mailed to Kriss & Feuerstein LLP, as counsel for the Petitioner.

Dated: July 1, 2008
KRISS & FEUERSTEIN LLP
Attorneys for Petitioner

By: _____
Jennifer Schwartz, Esq. (JS-9633)
360 Lexington Avenue
Suite 1200
New York, New York 10017
(212) 661-2900

Dated: July 3, 2008
MICHAEL J. GARCIA
United States Attorney

By: _____
AUSA Lee Renzin
U.S. Attorney's Office- SDNY
One Saint Andrew's Plaza
New York, New York 10007
(212) 637-2723

SO ORDERED August
on this 19 day of July, 2008

_____
BARBARA S. JONES, U.S.D.J.